# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NUANCE COMMUNICATIONS, INC. V. ABBYY SOFTWARE HOUSE

Nos. 14-1629, -1630

## Entry of Appearance

(INSTRUCTIONS: Counsel refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for:   ABBYY USA Software House, Inc., ABBYY Software, Ltd., ABBYY Production, LLC, Lexmark International, Inc.

I am, or the party I represent is (select one):
☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☒ Cross-Appellant
☐ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:
  Name: Erik R. Puknys
  Law firm: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
  Address: 3300 Hillview Avenue
  City, State and ZIP: 94304-1203
  Telephone: 650.849.6600
  Fax #: 650.849.6666
  E-Mail address: erik.puknys@finnegan.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 7, 2001

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
  ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date __July 28, 2014_____       ____/s/ Erik. R. Puknys_____
                                                Signature of counsel


Date notice issued: July 15, 2014

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ENTRY OF APPEARANCE for Erik R. Puknys using the Court's CM/ECF filing system. Copies have been served on counsel of record via electronic means on this July 28, 2014.

>Deanne E. Maynard
>Morrison & Foerster LLP
>2000 Pennsylvania Avenue NW, Suite 6000
>Washington, DC  20006
>DMaynard@mofo.com


>/s/ Kay Wylie