NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NUANCE COMMUNICATIONS, INC., a Delaware Corporation,**
*Plaintiff – Appellant,*

v.

**LEXMARK INTERNATIONAL, INC., a Delaware Corporation, ABBYY USA SOFTWARE HOUSE, INC., a California Corporation, ABBYY SOFTWARE, LTD., a Cyprus Corporation, and ABBYY PRODUCTION LLC, a Russia Corporation,**
*Defendants - Cross-Appellants.*

---

2014-1629

---

Appeal from the United States District Court for the Northern District of California in No. 3:08-CV-02912-JSW, Judge Jeffrey S. White.

---

ON MOTION

## O R D E R

Upon consideration of the Appellant's unopposed motion to extend time to file their principal brief until November 14, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                          FOR THE COURT

October 14, 2014                /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court